IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOUGLAS TARON EDWARDS,
D.O.C. # 102348,

    Plaintiff,

v.                                         4:18cv555–WS/CAS

JULIE L. JONES, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed December 11, 2018. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (ECF No. 4) to the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, this court has determined that the magistrate judge's

report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff has not demonstrated that he is in "imminent danger of serious physical injury" under § 1915(g). Absent such a demonstration, the plaintiff is barred from proceeding in forma pauperis in this case. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's motion (ECF 2) to proceed in forma pauperis is DENIED.

    3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

    4. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk shall note on the docket that this case was dismissed pursuant to § 1915(g).

    DONE AND ORDERED this   10th   day of   January  , 2019.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE